# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  5:22CR 00070 |
| Plaintiff, | : | |
| | : | JUDGE LIOI |
| vs. | : | |
| | : | |
| DILLON JODON | : | MOTION TO CONTINUE |
| Defendant. | : | SENTENCING HEARING |

Now comes the defendant, through undersigned counsel, hereby moves this Honorable Court to continue the sentencing hearing for 30 days.  Counsel is now representing defendant in his state cases and requests a 30-day continuance to resolve those state matters prior to this sentencing,

Respectfully submitted,

/s/Rhonda Kotnik

_____
Rhonda Kotnik
333 S Main St Suite 401
Akron, Ohio 44308
330-253-5533

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2022, a copy of the foregoing  was filed electronically.  Notice of this filing will be sent by operation of the Courts electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Courts system.

/s/     Rhonda Kotnik

Case: 5:22-cr-00070-SL Doc #: 38 Filed: 09/25/22 2 of 2. PageID #: 159